IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00089 |
| | ) | Judge Trauger |
| CIRILO LOPEZ CARRILLO | ) | |

### O R D E R

Pursuant to the Notice of Intent to Enter a Plea of Guilty (Docket No. 31), it is hereby **ORDERED** that the trial scheduled for September 24, 2013 is removed from the court's docket, and this case is set for a change of plea hearing on Wednesday, October 2, 2013, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 23rd day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge